IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-1403-AP

ALVIN MARVIN CAMPBELL,

      Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

      Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

### 1.   APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

For Plaintiff:
Gordon W. Williams
143 Union Blvd., Suite 270
Lakewood, CO 80228
Phone: (303) 988-2841
Email: gwilliamsefile@jeffcolaw.net

For Defendant:
John F. Walsh
United States Attorney

James L. Burgess
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration-Region VIII
1969 Stout Street, Suite 4169
Denver, CO 80294-4003
Phone: (303) 844-1856
Email: james.burgess@ssa.gov

J. Benedict García
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, CO 80202
Phone: (303) 454-0100
Email: J.B.Garcia@usdoj.gov

**2.      STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.      DATES OF FILING OF RELEVANT PLEADINGS**

      **A.      Date Complaint Was Filed:** May 31, 2013

      **B.      Date Complaint  Was Served on U.S. Attorney's Office:** June 5, 2013

      **C.      Date Answer and Administrative Record Were Filed:** August 5, 2013

**4.      STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

**5.      STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.      STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe this case raises unusual claims or defenses.

**7.      OTHER MATTERS**

There are no other matters anticipated.  Plaintiff's current claim does not involve any prior judicial proceedings.

**8.      BRIEFING SCHEDULE**

Attorneys for both parties agree to the following proposed briefing schedule:

      **A.      Plaintiff's Opening Brief Due:** October 7, 2013

      **B.      Defendant's Response Brief Due:** November 6, 2013

      **C.      Plaintiff's Reply Brief (If Any) Due:** November 21, 2013

**9.      STATEMENTS REGARDING ORAL ARGUMENT**

   **A.      Plaintiff's Statement:**  Plaintiff does not request oral argument.

   **B.      Defendant's Statement:**  Defendant does not request oral argument.

**10.      CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties have <u>not</u> consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.      AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

***The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.***

   DATED this 26th day of August, 2013.

                              BY THE COURT:


                              *s/John L. Kane*
                              U.S. DISTRICT COURT JUDGE

APPROVED:

JOHN F. WALSH
UNITED STATES ATTORNEY

J. Benedict García
Assistant United States Attorney

s/ Gordon W. Williams

s/ James L. Burgess

143 Union Blvd., Suite 270
Lakewood, CO 80228
Phone: (303) 988-2841
Email: gwilliamsefile@jeffcolaw.net
*Counsel for Plaintiff*

Special Assistant United States Attorney
Assistant Regional Counsel
Office of the General Counsel
Social Security Administration-Region VIII
1961 Stout Street, Suite 04169
Denver, CO 80294-4003
Phone: (303) 844-1856
Email: james.burgess@ssa.gov
*Counsel for Defendant*