IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-1403-AP

ALVIN MARVIN CAMPBELL,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

    **1.**    **APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| Gordon W. Williams | John F. Walsh |
| 143 Union Blvd., Suite 270 | United States Attorney |
| Lakewood, CO 80228 | |
| Phone: (303) 988-2841 | James L. Burgess |
| Email: gwilliamsefile@jeffcolaw.net | Special Assistant United States Attorney |
| | Office of the General Counsel |
| | Social Security Administration-Region VIII |
| | 1969 Stout Street, Suite 4169 |
| | Denver, CO 80294-4003 |
| | Phone: (303) 844-1856 |
| | Email: james.burgess@ssa.gov |
| | |
| | J. Benedict García |
| | Assistant United States Attorney |
| | 1225 Seventeenth Street, Suite 700 |
| | Denver, CO 80202 |
| | Phone: (303) 454-0100 |
| | Email: J.B.Garcia@usdoj.gov |

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

      **A.     Date Complaint Was Filed:** May 31, 2013

      **B.     Date Complaint Was Served on U.S. Attorney's Office:** June 5, 2013

      **C.     Date Answer and Administrative Record Were Filed:** August 5, 2013

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe this case raises unusual claims or defenses.

**7.     OTHER MATTERS**

There are no other matters anticipated. Plaintiff's current claim does not involve any prior judicial proceedings.

**8.     BRIEFING SCHEDULE**

Attorneys for both parties agree to the following proposed briefing schedule:

      **A.     Plaintiff's Opening Brief Due:** October 7, 2013

      **B.     Defendant's Response Brief Due:** November 6, 2013

      **C.     Plaintiff's Reply Brief (If Any) Due:** November 21, 2013

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

      **A.**     **Plaintiff's Statement:**  Plaintiff does not request oral argument.

      **B.**     **Defendant's Statement:**  Defendant does not request oral argument.

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties have <u>not</u> consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

      DATED this 26th day of August, 2013.

                               BY THE COURT:

                               *s/John L. Kane*
                               U.S. DISTRICT COURT JUDGE

| | |
|---|---|
| APPROVED: | JOHN F. WALSH<br>UNITED STATES ATTORNEY |
| | J. Benedict García<br>Assistant United States Attorney |
| s/ Gordon W. Williams<br>143 Union Blvd., Suite 270<br>Lakewood, CO 80228<br>Phone: (303) 988-2841<br>Email: gwilliamsefile@jeffcolaw.net<br>*Counsel for Plaintiff* | s/ James L. Burgess<br>Special Assistant United States Attorney<br>Assistant Regional Counsel<br>Office of the General Counsel<br>Social Security Administration-Region VIII<br>1961 Stout Street, Suite 04169<br>Denver, CO 80294-4003<br>Phone: (303) 844-1856<br>Email: james.burgess@ssa.gov<br>*Counsel for Defendant* |