IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-1403-AP

ALVIN MARVIN CAMPBELL, JR.,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR REMAND

    THIS MATTER is before the court Defendant's Unopposed Motion for Remand (doc. #17), filed December 5, 2013.  The Motion is GRANTED.

    This matter is ordered reversed and remanded to the Social Security Administration's Appeals Council pursuant to sentence four of 42 U.S.C. § 405(g).

    Upon remand, the Appeals Council shall remand the matter to an Administrative Law Judge (ALJ) for further administrative proceedings.  On remand, the ALJ will offer Plaintiff the opportunity for a hearing and to submit additional evidence.  Upon remand, the ALJ will further consider Plaintiff's maximum residual functional capacity, providing references to medical evidence of record in support of the assessed residual functional capacity; and, if warranted, obtain supplemental vocational expert evidence to identify that a significant number of jobs exist in the national economy that Plaintiff can perform with the assessed residual functional capacity.

    The Clerk is directed to enter a judgment in accordance with Fed. R. Civ. P. 58,

consistent with the decision in *Shalala v. Schaefer*, 509 U.S. 292, 296-302 (1993).

Done this 5th day of December, 2013.

*s/John L. Kane*_____
United States District Court Judge